```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04665
   BARBARA A ROOS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2284


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/26/06 and confirmed on 09/08/06.

    2.  The case was dismissed after confirmation, 06/13/2008.

    3.  The Debtor paid a total of $  51210.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG     46913.37            .00          46913.37
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     20731.47            .00               .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC     12898.86          1558.98          521.09
BECKET & LEE LLP          UNSECURED         NOT FILED           .00               .00
AMOCO OIL CO              UNSECURED         NOT FILED           .00               .00
CAPITAL ONE BANK          UNSECURED           314.76            .00               .00
CBUSA SEARS               UNSECURED         NOT FILED           .00               .00
COMED                     UNSECURED         NOT FILED           .00               .00
GEMB/JCP                  UNSECURED         NOT FILED           .00               .00
GEMB                      UNSECURED         NOT FILED           .00               .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00               .00
MERCHANTS CREDIT GUIDE    UNSECURED         NOT FILED           .00               .00
MERCHANTS CREDIT GUIDE    UNSECURED         NOT FILED           .00               .00
NICOR GAS                 UNSECURED         NOT FILED           .00               .00
SBC AMERITECH             UNSECURED         NOT FILED           .00               .00
SHELL                     UNSECURED         NOT FILED           .00               .00
ROUNDUP FUNDING LLC       UNSECURED           225.04            .00               .00
ROBERT V SCHALLER         ORIGINAL ATTO       66.00             .00               .00
         Summary of disbursements:

                      SECURED       PRIORITY      UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    80543.70        66.00         539.80          .00         81149.50
PRINCIPAL PAID        47434.46          .00            .00          .00         47434.46
INTEREST PAID          1558.98          .00            .00          .00          1558.98
TOTAL PAID            48993.44          .00            .00          .00         48993.44
The Debtor's attorney, PRO SE DEBTOR                        , was allowed $         .00
and was paid $        .00 .

The Trustee received $   2216.56 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE